# IN THE SUPREME COURT OF THE STATE OF NEVADA

FERRILL JOSEPH VOLPICELLI,
          Appellant,
    vs.
THE STATE OF NEVADA,
          Respondent.

No. 85107

**FILED**

AUG 2 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to not lift stay as to pendency of writ, denying a motion for appointment of counsel, denying a motion to adjudicate vouching claim, and denying a motion for production of transcripts. Because no statute or court rule permits an appeal from such an order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

---

[1]Given this dismissal, this court takes no action in regard to the motion filed on August 18, 2022.

22·26147

cc: Hon. Kathleen A. Sigurdson, District Judge
Ferrill Joseph Volpicelli
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk